MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-71124 MAG |
| ) | |
|    Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | NOVEMBER 14, 2011 TO NOVEMBER |
| DACQURI ANN HANKS-SHAW, ) | 30, 2011 UNDER RULE 5.1 AND FROM |
| ) | CALCULATIONS UNDER THE SPEEDY |
|    Defendant. ) | TRIAL ACT |
| ) | |
| _____ ) | |

     The defendant, Dacquri Ann Hanks-Shaw, represented by Steven Kalar, Assistant Federal Public Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable Joseph C. Spero on November 14, 2011, for a preliminary hearing and status conference.  The parties asked that the matter be continued to November 30, 2011 for a preliminary hearing or indictment.  The defendant agreed to exclude time under the Federal Rule of Criminal Procedure 5.1 to hold a preliminary hearing, and under 18 U.S.C. § 3161, the Speedy Trial Act.  The Court ordered the matter be continued to November 30, 2011 for a preliminary hearing or indictment.

STIPULATION AND [~~PROPOSED~~] ORDER
CR 11-71124 MAG

1    The defendant agreed that good cause exists for excluding time under Rule 5.1 for a
2 preliminary hearing between November 14, 2011 and November 30, 2011.  The defendant also
3 agreed that an exclusion of time is appropriate under the Speedy Trial Act between November
4 14, 2011 and November 30, 2011 for purposes of continuity of counsel and effective preparation
5 of counsel, in order to provide defense counsel with adequate time to review the discovery,
6 conduct an investigation, and consult with the defendant.  In addition, the defendant agrees to
7 exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties
8 represent that granting the continuance, in order to provide defense counsel with adequate time to
9 review the discovery, conduct additional investigation, and consult with the defendant, is
10 necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
11 § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a
12 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
13 U.S.C. § 3161(h)(7)(A).

15  SO STIPULATED:

17                                        MELINDA HAAG
                                          United States Attorney

20  DATED: November 18, 2011              /S/
                                          CYNTHIA M. FREY
21                                        Assistant United States Attorney

23  DATED: November 18, 2011              /S/
                                          STEVEN KALAR
24                                        Attorney for DACQURI ANN HANKS-SHAW

STIPULATION AND [PROPOSED] ORDER
CR 11-71124 MAG                          -2-

1    Based upon the representation of counsel and for good cause shown, the Court also finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, for excluding time under Rule 5.1 for a preliminary hearing between November 14, 2011 and November 30, 2011. The Court finds that failing to exclude the time between November 14, 2011 and November 30, 2011 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 14, 2011 and November 30, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that time is appropriately excluded under Rule 5.1 between November 14, 2011 and November 30, 2011 within which to hold a preliminary hearing and the time between November 14, 2011 and November 30, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: 11/21/11

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 11-71124 MAG                                           -3-